# Court of Appeals
# of the State of Georgia

ATLANTA,  May 13, 2021

*The Court of Appeals hereby passes the following order:*

## A21D0330. KHADENE WALKER v. WINDCREST PARK TOWNHOME ASSOCIATION, INC.

On December 10, 2019, the trial court entered an order awarding judgment to Windcrest Park Townhome Association, Inc. and allowing judicial foreclosure. On April 5, 2021, Khadene Walker filed in the Georgia Supreme Court a document challenging the trial court's order. The Supreme Court docketed the filing as an application for discretionary review and transferred it here. See Case No. S21D0923 (Apr. 19, 2021).

Although it appears that the trial court's order is a directly appealable final judgment, see OCGA § 5-6-34 (a), we lack jurisdiction to consider Walker's application because it is untimely. Ordinarily, if a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j). To fall within this general rule, however, the application must be filed within 30 days of entry of the order to be appealed. See OCGA § 5-6-35 (d), (j). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).

Walker filed this application more than one year after entry of the trial court's order. Accordingly, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,*   05/13/2021

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*